IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RIMROCK DESIGN, INC., a Florida corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>AMERISURE MUTUAL INSURANCE COMPANY, a Michigan corporation; and ABC CORPORATIONS 1-5,<br><br>                Defendants. | CV 17-46-BLG-SPW-TJC<br><br>**ORDER GRANTING UNOPPOSED MOTION TO STAY PROCEEDINGS** |

Plaintiff Rimrock Design, Inc., has filed an unopposed motion to stay the proceedings in this case for a period of 90 days to allow the parties to attend a settlement conference. (Doc. 5.) Defendant Amerisure Mutual Insurance Company has no objection to the motion. Good cause appearing IT IS HEREBY ORDERED that Plaintiff's unopposed motion is GRANTED and this matter shall be stayed for a period of 90 days from the date of this Order. The parties shall file a status report by **September 5, 2017**.

**IT IS ORDERED**.

       DATED this 2nd day of June, 2017.

                                              TIMOTHY J. CAVAN
                                              United States Magistrate Judge