IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RIMROCK DESIGN, INC., a Florida corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>AMERISURE MUTUAL INSURANCE COMPANY, a Michigan corporation; and ABC CORPORATIONS 1-5,<br><br>                Defendants. | CV 17-46-BLG-SPW-TJC<br><br>**ORDER LIFTING STAY OF PROCEEDINGS** |

On June 2, 2017, the Court granted Plaintiff's unopposed motion to stay this action for 90 days. (Doc. 6.) The parties have filed a Status Report asking the Court to lift the stay. (Doc. 11.) Good cause appearing, IT IS HEREBY ORDERED that the stay of this action is lifted.

**IT IS ORDERED**.

        DATED this 24th day of August, 2017.

                                          _____
                                          TIMOTHY J. CAVAN
                                          United States Magistrate Judge