IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RIMROCK DESIGN, INC., a Florida Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMERISURE MUTUAL INSURANCE COMPANY, a Michigan Corporation; AMERICAN CASUALTY COMPANY OF READING PENNSYLVANIA, a Pennsylvania Corporation; and, ABC CORPORATIONS 1-5,<br><br>Defendants. | CV-17-46-BLG-SPW-TJC<br><br>ORDER |

Upon Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 13), and for good cause being shown,

IT IS HEREBY ORDERED that this cause of action is DISMISSED WITH PREJUDICE.

DATED this 7th day of December, 2017.

SUSAN P. WATTERS
United States District Judge

1